

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JUANITA JOHNSON,
On behalf of D.J., a minor,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

Civil No. 4:19cv7

## FINAL ORDER

The matter before the Court is a Report and Recommendation regarding Cross-Motions for Summary Judgment in a case brought by Plaintiff Juanita Johnson ("Plaintiff"). Plaintiff sought judicial review under 42 U.S.C. §§ 1383(c)(3) and 405(g) of the Social Security Commissioner's ("Defendant") denial of Supplemental Security Income for her son.

The Motions were referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), and Local Rule 72 for report and recommendation. The Magistrate Judge found that a decision by the Administrative Law Judge to deny Plaintiff's claim was supported by substantial evidence. ECF No. 18. The Magistrate Judge also found that Plaintiff's Motion contained cumulative information. *Id.* at 38. Accordingly, the Magistrate Judge recommended denying Plaintiff's Motion and granting Defendant's Motion. ECF No. 18.

By copy of the Report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. Neither party has filed objections, and the time for doing so has expired.

Having reviewed the record, and finding no error, the Court **ADOPTS AND APPROVES** the findings and recommendations set forth in the Magistrate Judge's Report and Recommendation (ECF No. 18). The Commissioner's decision is **AFFIRMED**. Plaintiff's Motion for Summary Judgment (ECF No. 12) is **DENIED**. Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

Plaintiff is **ADVISED** that she may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 2400 West Avenue, Newport News, Virginia 23607. Said written notice must be received by the Clerk within sixty days from the date of this Final Order.

The Clerk is **REQUESTED** to send a copy of this Order to Ms. Johnson and to the United States Attorney's Office.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

January 16, 2020
Norfolk, Virginia